CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Conrado Angosta Jr.
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Arsenio L. Angus III
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

*Renee M. Armstrong*
SIGN YOUR NAME

*Renee M. Armstrong*
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

eman assad

SIGN YOUR NAME

Eman Hssad

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Hanna Bannoureh

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

*Michelle*

SIGN YOUR NAME

MICHELLE BARILLA

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 116(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Darin Jubber pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
1965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

LEAH M. BENFANTI
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Stacey A Bennett_         _1-31-13_
SIGN YOUR NAME

_STACEY A BENNETT_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

*M. Bernard*
SIGN YOUR NAME

*Marla M Bernard*
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_FLORENTINO BIASOT_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Stephen Bice
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Nancy Bixenmann_
SIGN YOUR NAME

_Nancy Bixenmann_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Alan Botticello
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_David Brossart_
SIGN YOUR NAME

_DAVID BROSSART_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

MONTANA BUTLER
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Scott Buzz

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

_Marina P Caban_
SIGN YOUR NAME

_Marina Pena Caban_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Vincent Calogero
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_JEFFREY  C. CAMERA_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_TANASICA  CARABASU_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

*Richard F. Carbone*

PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

_Michael J. Carboni_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

*Anh Duc Chau*
SIGN YOUR NAME

*MiNH Duc Chau*
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

_QING CHAU_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____

SIGN YOUR NAME

_Brenda Chen_

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

_____
SIGN YOUR NAME

CHRISTOPHER CHEUNG
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Yoon H. CHoi
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Kriengork Chokbanueng Karn_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Jin Ah Chong

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
CHERYL CHUNG
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_WENDY T. COLLINS_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

JOSEPH COMASTRO
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.


_Patricia A. Condron_
SIGN YOUR NAME

PATRICIA A. CONDRON
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.


*Marla L Connelly*
SIGN YOUR NAME


MARLA L. CONNELLY
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____

SIGN YOUR NAME

_____

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Bryan a. D'Andrea_
SIGN YOUR NAME

_BRYAN A D'ANDREA_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Ana Rosa Davila Mota

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____

SIGN YOUR NAME

HUNTER DHUE

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

_Tanya M. DiLisio_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.


SIGN YOUR NAME

Zarina Bayani Dominguez
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

_____

SIGN YOUR NAME

_Klaus Donamann_

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

LISA E DORNAN
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.


_Sue a Duca_
SIGN YOUR NAME

_Sue A. Duca_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Jason Dunkle

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

/ _____
        SIGN YOUR NAME

_____
        PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join

this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be

represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp

and Robin Potter pursuant to a written retainer agreement I have

executed with them.

SIGN YOUR NAME

Vivian Duong
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

*Earnest Elliott*

PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_CHARITO L. CRUZ_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146