# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CESARZ, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:13-cv-00109-JAD-CWH |
| vs. | ) **ORDER** |
| WYNN LAS VEGAS, LLC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defense Counsel Porter Noell Wilkinson's Notice of Withdrawal of Counsel (#42), filed on November 13, 2013. The Court finds that Porter Noell Wilkinson's Notice complies with Local Rule IA 10-6. Local Rule IA 10-6 states, "No attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Although Porter Noell Wilkinson is withdrawing as counsel for Defendants Wynn Las Vegas, LLC and Steve Wynn, the law firm of Gibson Dunn & Crutcher, LLP remains as counsel.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defense Counsel Porter Noell Wilkinson's Notice of Withdrawal of Counsel (#42) is **granted** and he shall be removed from the CM/ECF Notification List.

DATED this 13th day of November, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**