UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH CESARZ, *et al.,*                        Case No.: 2:13-CV-00109-RCJ-CWH

          Plaintiffs.                         **ORDER**

v.

WYNN LAS VEGAS, LLC, *et al.*,

          Defendants.

    IT IS HEREBY ORDERED that a Status Conference is set for 09:00 A.M., Thursday, January 26, 2016, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

    IT IS SO ORDERED this 5th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE