**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH CESARZ, *ET AL.*, | Case No.: 2:13-CV-00109-RCJ-CWH |
| Plaintiffs, | |
| vs. | **ORDER** |
| WYNN LAS VEGAS, LLC, *ET AL.*, | |
| Defendants. | |

The above-entitled cause having received Notice (ECF No. 120) from the Supreme Court of the United States denying the petition for a writ of certiorari on June 25, 2018, and the United States Court of Appeals for the Ninth Circuit on June 25, 2018, issued its mandate (ECF No. 121) and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED that a Status Conference is set for 09:00A.M., Monday, July 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

///

///

///

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Thursday, July 5, 2018.

DATED this 28th day of June, 2018.

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎
ROBERT C. JONES
United States District Judge