KAMER ZUCKER ABBOTT
Gregory J. Kamer,     #0270
R. Todd Creer,     #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

GIBSON, DUNN & CRUTCHER LLP
Eugene Scalia*
Joshua S. Lipshutz*
Amanda C. Machin*
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant
Wynn Las Vegas, LLC

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CESARZ, QUY NGOC TANG, and all persons whose names are set forth in Exhibit A to the First Amended Complaint, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and STEVE WYNN,<br><br>Defendants. | Case No. 2:13-CV-109-RCJ-(CWH)<br><br>**STIPULATION REGARDING SCHEDULE FOR RESPONDING TO COMPLAINT**<br><br>(First Stipulation) |

1

Plaintiffs are casino dealers at the Wynn Las Vegas ("Wynn") who allege that Wynn violated the Fair Labor Standards Act ("FLSA") by requiring dealers to participate in a tip pool with other employees who allegedly do not customarily receive tips. Their claim rests in substantial part on a 2011 regulation issued by the Department of Labor. This Court dismissed the Plaintiffs' complaint on the ground that the FLSA did not restrict the use of tip pools by employers (like Wynn) who do not take a tip credit against their minimum wage obligations. *Cesarz v. Wynn Las Vegas, LLC*, No. 13-109, 2014 WL 117579, at *3 (D. Nev. Jan. 10, 2014). In a consolidated appeal, the Ninth Circuit reversed, relying at least in substantial part on the 2011 regulation. *Or. Rest. & Lodging Ass'n v. Perez*, 816 F.3d 1080 (9th Cir. 2016). While Wynn's petition for a writ of certiorari was pending with the Supreme Court, the FLSA was amended to reflect certain restrictions on tip pools and address remedies for employees subject to unlawful tip pooling arrangements. *See* 2018 Appropriations Act, Div. S, § 1201. The amendment further stated that "[t]he portions of the [2011 Department of Labor] final rule" that are at issue in this case "shall have no further force or effect until any further action by the Administrator of the [Department's] Wage and Hour Division." *Id.* at § 1201(c). Shortly after enactment of that legislation, Wynn's petition for a writ of certiorari was denied. *See* U.S. Sup. Ct., Case No. 16-163 (Jun. 25, 2018). The mandate of the court of appeals issued that same day.

In light of the statutory amendment and other intervening events, Defendants intend to move for dismissal of the Plaintiffs' complaint. Although Plaintiffs do not consent to dismissal of the complaint, the Parties have discussed a proposed briefing schedule that takes into account their exiting professional and personal obligations (one of the lead attorneys for Plaintiffs is expecting a child in August). Pursuant to Local Rule ("LR") IA 6-2 and LR 7-1, Plaintiffs JOSEPH CESARZ, QUY NGOC TANG, individually and on behalf of all others persons who have filed consents to join and all others similarly situated ("Plaintiffs"), by and through their counsel of record, and Defendants WYNN LAS VEGAS, LLC, and STEVE WYNN (collectively "Defendants"), by and through their counsel of

record, hereby request and stipulate to the following briefing schedule with respect to Defendants' anticipated motion to dismiss Plaintiffs' Complaint:

1) Motion to Dismiss: July 31, 2018

2) Opposition to Motion to Dismiss: October 1, 2018

3) Reply to Opposition: November 1, 2018

The Parties further stipulate that discovery obligations be stayed during the pendency of Defendants' Motion.

The parties respectfully propose that the Status Conference set for July 9, 2018, be vacated in light of Defendants' anticipated motion to dismiss Plaintiffs' complaint and the parties' agreement with respect the briefing schedule on Defendants' Motion.

### [PROPOSED] ORDER

Having reviewed the Parties' stipulation, the briefing schedule on Defendants' anticipated motion to dismiss is hereby approved. Discovery shall be stayed during the pendency of Defendants' motion. The status conference set for July 9, 2018 is hereby vacated.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/9/18

DATED: July 6, 2018

Respectfully submitted,

| GIBSON, DUNN & CRUTCHER LLP | LEON GREENBERG P.C. |
|---|---|

By: /s/ Amanda C. Machin
Eugene Scalia*
Joshua S. Lipshutz*
Amanda C. Machin*
1050 Connecticut Ave N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 467-0539

KAMER ZUCKER ABBOTT
Gregory J. Kamer #0270
R. Todd Creer #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

*Admitted Pro Hac Vice

By: /s/ Mark R. Theirman (with permission)
Leon Greenberg, #8094
2965 South Jones Boulevard #E-3
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827

Mark R. Thierman, Esq.
Thierman Buck, LLP
7287 Lakeside Drive
Reno, NV 89511

Attorneys for Plaintiffs


CAMPBELL & WILLIAMS

By: /s/ Fabio Leonardi (with permission)
Donald J. Campbell #1216
J. Colby Williams #5549
700 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540

PILLSBURY WINTHROP SHAW PITTMAN LLP
William M. Sullivan, Jr.*
Fabio Leonardi*
1200 Seventh St. NW
Washington, DC 20036
Tel: (202) 663-8000
Fax: (202) 663-8007

Attorneys for Defendant
Stephen A. Wynn

*Pro Hac Vice Application Pending

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2018, the undersigned, served a copy of the foregoing **STIPULATION REGARDING SCHEDULE FOR RESPONDING TO COMPLAINT** pursuant to the Electronic Case Filing system of the United States District Court, District of Nevada:

Leon Greenberg, Esq.
A Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

Mark R. Thierman, Esq.
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511

James P. Kemp, Esq.
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130

Robin Potter, Esq.
Robin Potter & Associates
111 East Wacker Drive
Chicago, IL 60601

/s/ Amanda C. Machin