1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer,    #0270
2  R. Todd Creer,       #10016
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel: (702) 259-8640
4  Fax: (702) 259-8646

5  GIBSON, DUNN & CRUTCHER LLP
   Eugene Scalia*
6  Joshua S. Lipshutz*
   Amanda C. Machin*
7  1050 Connecticut Avenue, N.W.
   Washington, DC 11101
8  Telephone: (202) 955-8500
   Facsimile:  (202) 467-0539

9  Attorneys for Defendant
   Wynn Las Vegas, LLC

10 *Admitted Pro Hac Vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CESARZ, QUY NGOC TANG, and all persons whose names are set forth in Exhibit A to the First Amended Complaint, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and STEVE WYNN,<br><br>Defendants. | Case No. 2:13-CV-109-RCJ-(CWH)<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Stipulation)** |

1

On July 31, 2018, Defendants each moved to dismiss the amended complaint. *See* Dkts. 133 and 134. On October 1, 2018, Plaintiffs opposed. Dkt. 138. Pursuant to this Court's prior order (Dkt. 130), Defendants' reply briefs are due on November 1, 2018. Due to Defense counsel's other professional commitments (including an October trial in another matter), the parties have agreed to propose a short extension of that deadline.

Therefore, pursuant to Local Rule ("LR") IA 6-2 and LR 7-1, Defendants WYNN LAS VEGAS, LLC, and STEVE WYNN (collectively "Defendants"), by and through their counsel of record, and Plaintiffs JOSEPH CESARZ, QUY NGOC TANG, individually and on behalf of all others persons who have filed consents to join and all others similarly situated ("Plaintiffs"), by and through their counsel of record, hereby request and stipulate that the deadline for reply briefs be extended to **November 15, 2018.**

### [PROPOSED] ORDER

Having reviewed the Parties' stipulation, the proposed extension is approved. All reply briefs in support of Defendants' motions to dismiss the amended complaint shall be filed on or before November 15, 2018.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2018