1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer,    #0270
2  R. Todd Creer,       #10016
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel: (702) 259-8640
4  Fax: (702) 259-8646

5  GIBSON, DUNN & CRUTCHER LLP
   Eugene Scalia*
6  Joshua S. Lipshutz*
   Amanda C. Machin*
7  1050 Connecticut Avenue, N.W.
   Washington, DC  11101
8  Telephone: (202) 955-8500
   Facsimile:  (202) 467-0539

   Attorneys for Defendant
   Wynn Las Vegas, LLC

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CESARZ, QUY NGOC TANG, and all persons whose names are set forth in Exhibit A to the First Amended Complaint, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and STEVE WYNN,<br><br>Defendants. | CASE NO.  2:13-CV-109-RCJ-(CWH)<br><br>**WYNN LAS VEGAS, LLC'S NOTICE OF WITHDRAWAL OF EUGENE SCALIA AS COUNSEL OF RECORD** |

1  TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE Wynn Las Vegas, LLC hereby withdraws Mr. Scalia as its

3  counsel of record.  Mr. Scalia should be removed from all further notices.  The law firm of

4  Gibson, Dunn & Crutcher LLP continues to represent Wynn Las Vegas, LLC in this matter.

6  DATED: September 16, 2019        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By: Eugene Scalia
        Joshua S. Lipshutz*
        Amanda C. Machin*
        1050 Connecticut Ave N.W.
        Washington, D.C. 20036
        Tel: (202) 955-8500
        Fax: (202) 467-0539

        KAMER ZUCKER ABBOTT
        Gregory J. Kamer #0270
        R. Todd Creer #10016
        3000 West Charleston Boulevard, Suite 3
        Las Vegas, Nevada 89102-1990
        Tel: (702) 259-8640
        Fax: (702) 259-8646

        Attorneys for Defendant
        Wynn Las Vegas, LLC

        *Admitted Pro Hac Vice

IT IS SO ORDERED this 20th day of September, 2019.

*/s/ R. Jones/*

_____
ROBERT C. JONES

1