FILED

# UNITED STATES COURT OF APPEALS

AUG 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH CESARZ; QUY NGOC TANG, individually and on behalf of all others similarly situated, and all persons whose names are set forth in Exhibit A to the First Amended Complaint, | No.    19-15166 |
| | D.C. No. 2:13-cv-00109-RCJ-CWH District of Nevada, Las Vegas |
|          Plaintiffs-Appellants, | |
| v. | ORDER |
| WYNN LAS VEGAS, LLC; STEVE WYNN, | |
|          Defendants-Appellees. | |

The dial-in telephone conference previously scheduled for August 26, 2020 is canceled.

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes only until November 30, 2020.  This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

If this matter is resolved before November 30, 2020, appellants shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before November 30, 2020, any party may request that this appeal be reopened.

On or before November 30, 2020, counsel are requested to provide the mediator with an email update on the status of the case.

FOR THE COURT:


By: Steven J. Saltiel
Circuit Mediator

SJS/Mediation