**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| QUY NGOC TANG, et al.,<br><br>                    Plaintiffs<br><br>        v.<br><br>WYNN LAS VEGAS, LLC,<br><br>                    Defendant<br>_____<br><br>MIDAPHONE CESARZ, et al.,<br><br>                    Plaintiffs<br>        v.<br><br>WYNN LAS VEGAS, LLC, et al.<br><br>                    Defendants | Case No. 2:18-cv-00891-APG-DJA<br><br>**ORDER CONSOLIDATING CASES**<br><br><br><br><br><br>Case No. 2:13-cv-00109-RCJ-CWH |

The parties request to consolidate these two cases for purposes of a motion for court approval of a settlement of both cases, filed in case 2:18-cv-00891-APG-DJA.  Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a).  The district court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  The judges to whom these actions are assigned have reviewed the motions and, exercising their discretion, find that consolidation would aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that Case Nos. 2:18-cv-00891-APG-DJA and 2:13-cv-00109-RCJ-CWH are consolidated, with Case No. 2:13-cv-00109-APG-DJA serving as the lead case.  All further filings in these cases shall be filed in the lead case.

/ / / /

IT IS FURTHER ORDERED that Case No. 2:13-cv-00109-RCJ-CWH is reassigned to Judge Andrew Gordon and Magistrate Judge Daniel Albregts for all further proceedings.

DATED this 13th day of January, 2021.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE