**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JAN 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH CESARZ; QUY NGOC TANG, individually and on behalf of all others similarly situated, and all persons whose names are set forth in Exhibit A to the First Amended Complaint,<br><br>   Plaintiffs-Appellants,<br><br>v.<br><br>WYNN LAS VEGAS, LLC; STEVE WYNN,<br><br>   Defendants-Appellees. | No. 19-15166<br><br>D.C. No. 2:13-cv-00109-RCJ-CWH<br>District of Nevada, Las Vegas<br><br>ORDER |

In an order filed August 25, 2020, this appeal was administratively closed subject to reopening by March 31, 2021. Pursuant to the parties' request, the appeal is reopened.

Pursuant to the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event that the district court's denies the parties' motion for approval of the settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court's

denial of the motion for approval of the settlement.  If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

SJS/Mediation