**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MIDAPHONE CESARZ, et al.,<br><br>Plaintiffs<br>v.<br><br>WYNN LAS VEGAS, LLC, et al.<br><br>Defendants | Case No. 2:13-cv-00109-APG-DJA<br><br>**ORDER** |

On January 14, 2021, I held a hearing in this matter at which I advised the parties that I would await notification from the Ninth Circuit that the appeal had been dismissed before addressing the proposed order on settlement. ECF No. 165. The parties informed me at that time that modifications to the settlement approval order may be needed. The Ninth Circuit dismissed the appeal, and the order of dismissal served as the Ninth Circuit's mandate. ECF No. 166. I have not heard from the parties since then.

I THEREFORE ORDER that by March 18, 2021, the parties shall file a stipulation or brief regarding how the proposed settlement approval order should be modified. If no modification is needed, the parties shall file a joint status report to that effect.

DATED this 3rd day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE